UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LUTHER H. ROGERS and ) <br> CHARLEEN E. ROGERS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> TENNESSEE VALLEY AUTHORITY, ) <br> ) <br> Defendant. ) | No. 3:11-CV-217 <br> (VARLAN/GUYTON) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and the referral of the District Judge for disposition of the Joint Motion for Entry of Discovery Orders and for a Stay of Proceedings Pending Resolution of Phase I Trials in the TVA Ash Spill Litigation. [Doc. 13], filed jointly by the parties.

In the Joint Motion, the parties request that the Court: (1) enter in this case the Order Establishing Preservation Plan for Documents and Electronically Stored Information, which was previously entered in other TVA ash spill litigation cases, e.g. Chesney v. TVA, No. 3:09-CV-09, Doc. 65; (2) enter in this action the Protective Order previously entered in other TVA ash spill litigation cases, e.g., Armes v. TVA, No. 3:09-CV-491, Doc. 6;(3) stay the proceedings in this action pending issuance of dispositive rulings in the Phase I trials; and (4) set a status conference in April 2012 for the purpose of establishing a scheduling order and setting a trial, if necessary.

The Court finds the parties' requested relief to be well-taken, and the Joint Motion **[Doc. 13]** is **GRANTED**. The requested orders will be entered forthwith. The Court hereby orders this matter **STAYED** pending the trial and disposition of the Phase I TVA ash spill litigation cases. The parties shall **APPEAR** before the undersigned on **at 9:30 a.m. on April 10, 2012**, for a status and/or scheduling conference. However, if the disposition of the Phase I cases should indicate that this conference should be moved to an earlier date, moved to a later date, or cancelled, the parties shall contact the chambers of the undersigned.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge